```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| MEYER SUTTON, et al., | CIVIL ACTION NO. 04-4834 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| JEWISH COMMUNITY CENTER OF GREATER MONMOUTH COUNTY, et al., |  |
| Defendants. |  |

**THIS MATTER ARISING** on the Court's order to show cause why the complaint should not be dismissed for lack of prosecution under Local Civil Rule 41.1(a) and Federal Rule of Civil Procedure 41(b) (4-5-05 Ord. to Show Cause); and it appearing the action has been pending for more than 120 days without the plaintiffs having taken any proceedings; and the Court advising the plaintiffs that the complaint would be dismissed unless good cause was shown for the lack of prosecution, see L.Civ.R. 41.1(a), see also Fed.R.Civ.P. 41(b) (stating complaint may be dismissed for failure to prosecute); and the Court being authorized to impose harsh penalties when enforcing the Local Civil Rules, see Kabacinski v. Bostrom Seating, No. 03-1986, 2004 WL 628867, at *3 n.3 (3d Cir. Mar. 30, 2004), United States v. 11 Vehs., Their Equip. & Accessories, 200 F.3d 203, 214 (3d Cir. 2000); and

**THE PLAINTIFFS FAILING** to respond to the Court's inquiry; and thus the Court intending to dismiss the complaint; and good cause appearing, the Court will issue an appropriate order and judgment.

                                                    s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge